UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. BROWN,<br><br>          Petitioner,<br><br>    v.<br><br>SHERMAN STEWART, Warden,<br><br>          Respondent. | No. 2:18-cv-01787-GGH<br><br>ORDER |

Petitioner filed a petition for habeas corpus pro se challenging the constitutionality of his sentence conviction and sentencing, ECF No 1, together with a motion to file a second or successive habeas petition., ECF No. 3, on June 21, 2018. His pleadings show that petitioner was tried and convicted in the Superior Court for Merced County, ECF No. 1 at 1, that his first level of appeal was heard by the Fifth District Court of Appeal, id. at 2, and he is housed in Corcoran State Prison, id. at 1, the Warden of which is the named Respondent, all of which are found in the Fresno Division of this Court.

////
////
////
////
////

1

In light of the foregoing, IT IS HEREBY ORDERED that:

The Clerk of the Court shall transfer this matter to the Fresno Division of the Eastern District of California.

Dated: July 3, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE